## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **EMANUEL NICOLESCU** | : | |
| | : | |
| **V.** | : | NO. 3:15-cv-00756-VLB |
| | : | |
| **USA** | : | |

## Writ of Habeas Corpus Ad Testificandum

To: Warden, FCI Fort Dix, P.O. Box 2000, Joint Base MDL, NJ 08640

YOU ARE HEREBY COMMANDED to bring <u>Emanuel Nicolescu, Inmate No. 42971-424</u>, who is now confined at FCI Fort Dix, before the United States District Court at 450 Main Street, Hartford, CT for an Evidentiary Hearing on <u>October 1, 2018 at 09:30 A.M.</u> and from time to time thereafter as the hearing may be adjourned, and immediately thereafter the said will be returned under safe and secure conduct.

Dated at Hartford, Connecticut, this 14th day of August, 2018.

BY ORDER OF THE COURT

/s/ VLB
**Vanessa L. Bryant
United States District Judge**

True Copy
ATTEST:
  ROBIN D. TABORA
   Clerk, U.S. District Court
By /S/ Jeremy J. Shafer
   Deputy Clerk



DC 10 - Habeas Corpus